IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY L. HAMILTON**                                                                 **PETITIONER**

v.                              NO. 4:23-cv-01007-BRW

**DEXTER PAYNE**                                                                        **RESPONDENT**

## ORDER

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, *de novo* review of the record, I approve and adopt the findings and recommendation in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner is dismissed without prejudice. All requested relief is denied, and judgment will be entered for Respondent.

In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Hamilton cannot make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 5th day of June, 2024.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE